You are viewing an unstyled version of Title of Site. Title of Site looks and works best in a browser that properly supports web standards.

Free browsers that properly support web standards include:

- Internet Explorer 6 for Windows
- Mozilla Firefox for Windows, Mac, and Linux
- Safari for Mac

[ skip navigation ]

# Plumbing Industry Council

## MEMBER SECTION LOGIN

Click here to login




### November 2010 Events



About us | home | about us | Event Calendar | Products | Industry Information | Membership Directory | Contact Us

The Plumbing Industry Council is a "full service" 501 c (6) trade association incorporated in the State of Missouri in 1967. The Plumbing Industry Council represents one hundred sixty-five licensed, union plumbing and mechanical contractors who do business in the Eastern half of Missouri and are affiliated with Plumbers' & Pipefitters Local #562 The Plumbing Industry Council offers many valuable benefits to its members including the presentation of a variety educational programs to meet the licensing requirements of the various municipalities.

### Contractors Membership Requirements

Plumbing Industry Council "Contributing Contractor" membership is available to contractor firms (not individuals) that install, fabricate or service plumbing and are signatory to the collective bargaining agreement with the United Association of Plumbers' & Pipefitters, AFL-CIO Local #562.

Plumbing Industry Council Collective Bargaining Unit (CBU) "contractor" membership is available to contractor firms (not individuals) that install, fabricate or service plumbing and are signatory to the collective bargaining agreement with the United Association of Plumbers' & Pipefitters, AFL-CIO Local #562. This membership group assigns their collective bargaining rights to the Plumbing Industry Council and receives additional membership benefits.

**EXHIBIT 2**

The Plumbing Industry Council is affiliated with the Missouri Association of Plumbing, Heating, Cooling Contractors and the Plumbing, Heating, Cooling Contractors National Association.

## Contributing Contractor Membership Benefits

o Public Relations/Advertising & Promotions Programs
o Continuing Education Programs
o Local/State Legislative Representation
o Safety Training Programs
o Monthly Newsletter
o Lending Library

## Collective Bargaining Unit (CBU) Member Benefits

o Labor/Management Relations
o Collective Bargaining
o Access PHCC-NA Member Benefits
o Access to Missouri PHCC Member Benefits
o PHCC-NA Convention Reimbursement
o Missouri PHCC Convention Reimbursement
o Joint Ventures with Affinity Groups
o Representation of PRIDE Board of Directors
o Representation on CCE Board of Directors
o Social Events
o General Membership Meetings
o Complimentary Copy of PIC Publications
o Blueprint Copies

## Affiliate Member Requirements

Affiliate membership in the Plumbing Industry Council is available to persons or firms engaged in selling products or services to Plumbing Industry Council contractors.

### Plumbing Industry Council

"The Mission of the Plumbing Industry Council is to be the leading representative for the plumbing industry by providing unquestionable leadership in labor relations, education, political and regulatory action and industry promotion."

Join the Plumbing Industry Council Now!

View the
2009 Care and Repair Booklet

© 2010 Plumbing Industry Council

Case: 4:10-cv-01747-SNL | Doc. #: 6-4    Filed: 12/29/10   Page: 3 of 45 PageID #: 76

about us | event calendar | products | event/seminar registration | membership | contact us | home

You are viewing an unstyled version of Title of Site. Title of Site looks and works best in a browser that properly supports web standards.

Free browsers that properly support web standards include:

- Internet Explorer 6 for Windows
- Mozilla Firefox for Windows, Mac, and Linux
- Safari for Mac

[ skip navigation ]

# Plumbing Industry Council

## MEMBER SECTION LOGIN

Click here to login

 

### November 2010 Events

**Membership Directory**  Event Calendar    Products    Industry Information    membership directory    Contact Us

### Search for Plumbing Industry Council Members

Search by Company Name: bishop        Go        view all members

**Sort By Service Type**

Backflow Installation & Inspection

Coil Cleaning

Commercial New Construction

Commercial Service & Repair

Core Drilling

Drain/ Sewer Cleaning

Case: 4:10-cv-01747-SNLJ   Doc #: 6-4   Filed: 12/29/10   Page: 5 of 45 PageID #: 78   Page 2 of 3

Fire Protection Systems

Fountain Piping

Green Contractor (LEED Member)

HVAC

Industrial Piping

Lawn Irrigation

Onsite Septic Installation & Repair

Petroleum Maintenance

Plumbing Design & Build

Plumbing Fabrication

Remodeling

Residential New Construction

Residential Service & Repair

Service or Repair of Pre-Manufactured Homes

Sewer Installation

Sewer Repair & Replacement

Sewer Tracing Camera

Supplier/Manufacturer's Rep

Underground Forced Main

Water-main & Site Utilities

**Bishop & Associates, LLC**
PIC Contributing Contractors - Residential
P.O. Box 697
Eureka, MO 63025

Case: 4:10-cv-01747-SNLJ Doc. #: 6-4 Filed: 12/29/10 Page: 6 of 45 PageID #: 79

(314) 291-5950

**Plumbing Industry Council**

"The Mission of the Plumbing Industry Council is to be the leading representative for the plumbing industry by providing unquestionable leadership in labor relations, education, political and regulatory action and industry promotion."

Join the Plumbing Industry Council Now!

View the
2009 Care and Repair Booklet

© 2010 Plumbing Industry Council

about us | event calendar | products | event/seminar registration | membership | contact us | home

Case: 4:10-cv-01747-SNLJ   Doc #: 6-4   Filed: 12/29/10   Page: 7 of 45 PageID #: 180

You are viewing an unstyled version of Title of Site. Title of Site looks and works best in a browser that properly supports web standards.

Free browsers that properly support web standards include:

- Internet Explorer 6 for Windows
- Mozilla Firefox for Windows, Mac, and Linux
- Safari for Mac

[ skip navigation ]

# Plumbing Industry Council

## MEMBER SECTION LOGIN

Click here to login

**November 2010 Events**

**Membership Directory** · Event Calendar · Products · Industry Information · membership directory · Contact Us

**Search for Plumbing Industry Council Members**

Search by Company Name: [____] Go     view all members

**Sort By Service Type**

Backflow Installation & Inspection

Coil Cleaning

Commercial New Construction

Commercial Service & Repair

Core Drilling

Drain/ Sewer Cleaning

Case: 4:10-cv-01747-SNLJ   Doc. #: 6-4   Filed: 12/29/10   Page: 8 of 45   PageID #: 281 39

Fire Protection Systems

Fountain Piping

Green Contractor (LEED Member)

HVAC

Industrial Piping

Lawn Irrigation

Onsite Septic Installation & Repair

Petroleum Maintenance

Plumbing Design & Build

Plumbing Fabrication

Remodeling

Residential New Construction

Residential Service & Repair

Service or Repair of Pre-Manufactured Homes

Sewer Installation

Sewer Repair & Replacement

Sewer Tracing Camera

Supplier/Manufacturer's Rep

Underground Forced Main

Water-main & Site Utilities


**1-800 Fast Help**
Affiliate Member - Supplier
376 Fee Fee
St. Louis, MO 63043

Case: 4:10-cv-01747-SNLJ Doc #: e-4 Filed: 12/29/10 Page: 9 of 45 PageID #: 382 39

1-800-327-8435

**3-D Plumbing, LLC**
CBU Member - Commercial & Residential
P.O. Box 1693
Manchester, MO 63011
(636) 386-8755

**Accurate Backflow Systems**
PIC Contributing Contractors - Commercial & Residential
3853 Broadway
St. Louis, MO 63118
(314) 772-9400

**AJ Plumbing Company**
CBU Member - Commercial & Residential
290 Indacom Drive
St. Peters, MO 63376
(636) 441-3019

**Albern Plumbing, Inc.**
CBU Member - Commercial & Residential
7379 Pagedale Ind. Ct.
St. Louis, MO 63133
(314) 725-1110

**Albert Arno, Inc.**
CBU Member - Commercial & Residential

Case: 4:10-cv-01747-SNLJ   Doc. #: 6-4   Filed: 12/29/10   Page: 10 of 45 PageID #: 839

5000 Claxton Avenue
St. Louis, MO 63120
314-383-2700

**All Trades Supply, Inc.**
Affiliate Member - Supplier
#10 Kirkham Industrial Dr.
St. Louis, MO 63119-1754
(314) 962-8080 800-



**Allen Irrigation & Lawn Care**
PIC Contributing Contractors - Commercial & Residential
4400 St. Vincent
Webster Groves, MO 63119
(314) 647-4800

**Aptitude Sertification Unlimited, Inc.**
Affiliate Member - Supplier
P.O. Box 19887
Brentwood, MO 63144
314-968-0736

**Atlas Supply Co., Inc.**
Affiliate Member - Supplier
3820 Dr. Martin Luther King Drive
St. Louis, MO 63113
(314) 533-1500

**B.E. Scaife Plumbing Company**
CBU Member - Commercial & Residential
P.O. Box 775262

St. Louis, MO 63177-5262
(314) 429-5200

**B.I.G. Plumbing Services**
PIC Contributing Contractors - Residential
307 Mikel Avenue
Maryland Heights, MO 63043
(314) 447-2444

**B.O. Graham Plumbing**
CBU Member - Commercial & Residential
4075 Highway D
Defiance, MO 63341
(636) 398-4450

**Barrett Plumbing Co., Inc.**
PIC Contributing Contractors - Commercial & Residential
47317 Del Ridge Drive
High Ridge, MO 63049
(636) 677-9291

**Bastian Plumbing Co., Inc.**
CBU Member - Commercial & Residential
P.O. Box 31428
Des Peres, MO 63131
(314) 821-7733

**Baxter Gardens (Formerly Weishaar Gardens)**
PIC Contributing Contractors - Commercial & Residential
17259 Wildhorse Creek Rd.
Chesterfield, MO 63005
(636) 532-1033



**Behrmann Company**
Affiliate Member - Manufacturer's Rep
4173 Hoffmeister Avenue
St. Louis, MO 63125-2296
(314) 631-4400

**Beilenson Plumbing Co.**
CBU Member - Commercial
1595 Fairview Avenue
St. Louis, MO 63132
(314) 423-3100



**Bewen Plumbing, LLC**
CBU Member - Residential
17466 Manchester Road
Wildwood, MO 63038
(636) 458-9485

**Bieg Plumbing Co., Inc.**
CBU Member - Commercial & Residential
2015 Lemay Ferry Road
St. Louis, MO 63125
(314) 487-4564

**Bishop & Associates, LLC**
PIC Contributing Contractors - Residential
P.O. Box 697
Eureka, MO 63025
(314) 291-5950

**Blackmore & Glunt, Inc.**
Affiliate Member - Manufacturer's Rep
12 Kimler Drive
Maryland Heights, MO 63043
314-878-4313

**Bob Raeker Plumbing Co., Inc.**
CBU Member - Commercial & Residential
9651 Lackland
St. Louis, MO 63114
(314) 429-0896

**Boland Plumbing Co., Inc.**
CBU Member - Commercial & Residential
833 Highway KK
Troy, MO 63379
1-(636) 528-5422

**Bruohn, Inc.**
CBU Member - Commercial
444 Madrina
Ballwin, MO 63021
(636) 227-4858

**C.E. Jarrell Mechanical Contractors**
PIC Contributing Contractors - Commercial
4208 Rider Trail North
Earth City, MO 63045
314-291-0100

**C.P.C. (Crestwood Plumbing Co.)**
CBU Member - Commercial
9131 Watson Industrial Park Room #208
Crestwood, MO 63126
(314) 968-2840

**Catanzaro Plumbing Co.**
CBU Member - Residential
11079 Gravois Road, #301
St. Louis, MO 63126
(314) 667-5652

**Certified Backflow Prevention, LLC**
CBU Member - Commercial & Residential
8169 Becker Road
Bloomsdale, MO 63627
(573) 701-7091

**Champion Precast, Inc.**
Affiliate Member - Supplier
2441 Highway 61 North
Troy, MO 63379
(573)384-5855 Jeff

**Charlie's Sewer Service**
PIC Contributing Contractors - Residential
77 Sestbury Dr.

Case: 4:10-cv-01747-SNLJ Doc. #: 6-4 Filed: 12/29/10 Page: 15 of 45 PageID #: 88

Chesterfield, MO 63017
(314) 579-5098

**Chesterfield Irrigation Co.**
PIC Contributing Contractors - Commercial & Residential
P.O. Box 834
Chesterfield, MO 63006
(636) 537-9795



**Concrete Coring Co. of St. Louis, Inc.**
PIC Contributing Contractors - Commercial & Residential
5425 Manchester Ave.
St. Louis, MO 63110
(314) 646-0415

**Conrath Services, Inc.**
CBU Member - Residential
6512 Colletta Dr.
St. Louis, MO 63139
(314) 482-9261 (31



**Corrigan Company**
CBU Member - Commercial
3545 Gratiot
St. Louis, MO 63103
(314) 771-6200

**Crescent Plumbing Supply**

Affiliate Member - Supplier
640 Rosedale Avenue
St. Louis, MO 63112
(314) 727-4200

**Crossroads Plumbing, Inc.**
CBU Member - Residential
P.O. Box 45
Winfield, MO 63389-0045
(636) 299-2290

**Curt Meyer Plumbing, Inc.**
CBU Member - Commercial & Residential
10120 Glenfield Terrace
Crestwood, MO 63126
(314) 842-5550

**D & L Plumbing, Inc.**
CBU Member - Commercial
2153 VFW Lane
St. Charles, MO 63303
(636) 946-5220

**D.T. Chambliss Plumbing Services**
CBU Member - Commercial & Residential
3643 Gwenmill Drive
St. Louis, MO 63129
(314)413-3288

**DeLuca Plumbing, LLC**
CBU Member - Commercial & Residential
8465 Delport Drive
St. Louis, MO 63114
(314) 427-5551

**Dill Plumbing, Inc.**
PIC Contributing Contractors - Residential
719 South Jefferson
Washington, MO 63090
1 (636) 239-3400

**Dippel Plumbing**
PIC Contributing Contractors - Residential
5220 Hampton
St. Louis, MO 63109
(314) 481-2903

**Distinctive Plumbing, LLC**
CBU Member - Commercial & Residential
P.O. Box 3426
Maplewood, MO 63143
(314) 565-0346

**Donahue Sales Agency**
Affiliate Member - Manufacturer's Rep
3437 Bent Avenue

St. Louis, MO 63116
(314) 664-2122

**DOST Plumbing, LLC**
PIC Contributing Contractors - Residential
5175 Highway Y
Valles Mines, MO 63087
(573) 330-7665



**Dworkin Company**
Affiliate Member - Manufacturer's Rep
840 Lisakay Drive
St. Louis, MO 63122
314-650-8607

**E & M Plumbing Co., Inc.**
CBU Member - Commercial & Residential
101 Dreyer
Eureka, MO 63025
(314) 261-1209 (636)

**E.F. Gardner Plumbing**
CBU Member - Commercial & Residential
1264 Gravois Ave.
St. Louis, MO 63104
(314) 535-4564

**Eagle Plumbing, Inc.**
CBU Member - Commercial
8350 B Olive Boulevard
University City, MO 63132
(314) 692-2021

Case: 4:10-cv-01747-SNLJ   Doc. #: 6-4   Filed: 12/29/10   Page: 19 of 45   PageID #: 92

**Earley Plumbing, Inc.**
CBU Member - Commercial & Residential
1926 Matterhorn Drive
Wildwood, MO 63011
(636) 405-2979

**Ed Bellm Co., Inc.**
CBU Member - Commercial & Residential
5830 Helen Avenue
St. Louis, MO 63136
(314) 383-1436

**Eisele Plumbing Co.**
CBU Member - Commercial & Residential
5720 Wells Road
St. Louis, MO 63128
314-843-6300

**Elco Chevrolet**
Affiliate Member - Supplier
15110 Manchester Road
Ballwin, MO 63011
(636) 207-2164

**Elite Plumbing Services**
PIC Contributing Contractors - Commercial & Residential
207 Centennial Drive

O'Fallon, MO 63368
(314) 220-1918

**Empire Mechanical, Inc.**
PIC Contributing Contractors - Commercial & Residential
1221 Locust Street, Suite 407
St. Louis, MO 63103
314-932-4506

**Engineered Plumbing Systems**
PIC Contributing Contractors - Commercial & Residential
616 Deer Trail
Labadie, MO 63055
(636) 451-5088



**Federated Insurance**
Affiliate Member - Supplier
884 Woods Mill Road Suite 207
St. Louis, MO 63011
(636) 200-4115



**Federated Insurance (Headquarters)**
Affiliate Member - Supplier
121 East Park Square P.O. Box 328
Owatonna, MN 55060
(800) 533-0472

**Feit Plumbing Company**
CBU Member - Commercial
50 Weldon Parkway
St. Louis, MO 63043
(314) 567-1200

**Ferguson Enterprises**
Affiliate Member - Manufacturer's Rep
6745 Romiss Ct.
St. Louis, MO 63134
(314) 522-3300

**Finch Plumbing Co.**
CBU Member - Commercial & Residential
727 Spirit of St. Louis Boulevard
Chesterfield, MO 63005
(636) 532-4666

**Fischer Plumbing, Inc.**
PIC Contributing Contractors - Residential
18142 Country Trails Ct.
Wildwood, MO 63038
(636) 458-2895

**Flow Sod Irrigatin Landscape**
PIC Contributing Contractors - Commercial & Residential
2812 Old Wagon Trail
Wentzville, MO 63385
(636) 332-6416

**Franklin Mechanical**
CBU Member - Commercial
13545 Barrett Parkway Dr., Ste. 200

St. Louis, MO 63021
(314 )822-5242

**Frey Plumbing Co., LLC**
CBU Member - Commercial & Residential
336 Leffingwell #100
St. Louis, MO 63122
(314) 822-7500

**Frueh Services**
CBU Member - Commercial & Residential
9 Progress Parkway
Union, MO 63084
(636) 583-3780

**Gamel Plumbing Company**
CBU Member - Residential
400 E. Clinton
St. Louis, MO 63122
314-620-6820

**Gartland Company, Inc.**
PIC Contributing Contractors - Commercial & Residential
7927 Big Bend Blvd.
Webster Groves, MO 63119
(314) 961-4001

**Gateway Mechanical**

Case: 4:10-cv-01747-SNLJ   Doc. #: 6-4   Filed: 12/29/10   Page: 23 of 45 PageID #: 96

CBU Member - Commercial
1053 Cassens Ind. Ct.
Fenton, MO 63026
(636) 680-2103

**Gateway Representatives**
Affiliate Member - Manufacturer's Rep
572 Leffingwell
Kirkwood, MO 63122
(314) 835-1818

**Gateway Sewer & Drain, Inc.**
PIC Contributing Contractors - Residential
P.O. Box 522
High Ridge, MO 63049
(636) 677-0083

**Global Plumbing Systems, Inc.**
CBU Member - Residential
1533 Hilltop Lane
St. Louis, MO 63138
(314) 363-3041

**Gloeckner-Melville Plumbing Co.**
PIC Contributing Contractors - Commercial & Residential
1414 S. Big Bend Blvd.
Richmond Heights, MO 63117
(314) 644-2818

Case: 4:10-cv-01747-SNLJ   Doc. #: 6-4   Filed: 12/29/10   Page: 24 of 45 PageID #: 97

**Green Turf Irrigation**
PIC Contributing Contractors - Commercial & Residential
73 Millwell
Maryland Heights, MO 63043
(314) 739-0410

**GWS Contractors, Inc.**
CBU Member - Commercial
100 Industrial Drive
Bonne Terre, MO 63628
(573) 358-3040

**H & A Plumbing Co.**
CBU Member - Commercial & Residential
10625 Trenton Avenue
St. Louis, MO 63132
(314) 426-7150

**Hanning Plumbing**
PIC Contributing Contractors - Residential
803 Valentine Street
Festus, MO 63028
636-524-1857



**HD Supply Waterworks**
Affiliate Member - Supplier
5454 New Baumgartner Road
St. Louis, MO 63129
(314) 487-8684

Case: 4:10-cv-01747-SNLJ   Doc. #: 6-4   Filed: 12/29/10   Page: 25 of 45   PageID #: 98



**Heggemann, Inc.**
CBU Member - Commercial & Residential
P.O. Box 768
Warrenton, MO 63383
(636) 456-8524

**Heinkel Sales Company**
Affiliate Member - Supplier
12969 Maurer Ind. Drive
St. Louis, MO 63127
(314) 842-0057

**Higginbotham Plumbing**
CBU Member - Commercial & Residential
1081 Old Gravois Road
Fenton, MO 63026
(636) 343-9460

**Hodges Plumbing Company**
PIC Contributing Contractors - Residential
5001 Highway D.
Defiance, MO 63341
(636) 398-4975

**Houlihan & Sons Plumbing, Inc.**
CBU Member - Commercial
9137 N. State Hwy. 94
West Alton, MO 63386
(636) 899-1741

**Hrdlicka Plumbing Co.**
PIC Contributing Contractors - Residential
P.O. Box 115
Labadie, MO 63055
(636) 451-3154

**IAPMO**
Affiliate Member - Supplier
3913 Old Lee Highway #31A
Fairfax, VA 22030
(703) 934-0115

**J & K Services, Inc.**
CBU Member - Commercial & Residential
P.O. Box 2366
Florissant, MO 63032-2366
(314) 355-7171

**J-Mar Plumbing, Inc.**
CBU Member - Residential
11 Crescent View Ct.
Oakville, MO 63129
(314) 581-3562

**J. Mossinghoff & Company**
PIC Contributing Contractors - Residential
4040 Bingham Avenue

Case: 4:10-cv-01747-SNLJ   Doc. #: 6-4   Filed: 12/29/10   Page: 27 of 45   PageID #: 100

St. Louis, MO 63116
314-383-7155

**J.J. Kokesh & Son, Inc.**
CBU Member - Commercial & Residential
14738 Manchester
Ballwin, MO 63011
(636) 391-1233

**J.W. Mechanical, LLC**
PIC Contributing Contractors - Residential
2704 Hampton Ave
St. Louis, MO 63139
314-644-3300

**Jenner Plumbing Co., LLC**
PIC Contributing Contractors - Residential
1809 Olive Street
St. Louis, MO 63103
(314) 436-9680

**Jett Plumbing & Site Utilities**
PIC Contributing Contractors - Commercial & Residential
801 S. Woodlawn Avenue, Ste. 24
O'Fallon, MO 63366-7544
(636) 379-7524

**John Byron Plumbing Co., Inc.**

Case: 4:10-cv-01747-SNLJ Doc. #: 6-4 Filed: 12/29/10 Page: 28 of 45 PageID #: 101

CBU Member - Residential
610 Riverbend Estates
St. Charles, MO 63303
(636) 939-9919



**Joseph H. Beetz Plumbing**
CBU Member - Commercial & Residential
2659 Gravois
St. Louis, MO 63118
(314) 771-0868

**Kaemmerlen Parts & Service, Inc.**
PIC Contributing Contractors - Commercial & Residential
15395 Kingshighway
St. Louis, MO 63110
(314) 535-2222

**Kardell Plumbing, Inc.**
CBU Member - Commercial & Residential
5624 South Compton
St. Louis, MO 63011
(314) 352-2202

**Kent Plumbing, Inc.**
CBU Member - Commercial
2549 S. Big Bend Blvd.
St. Louis, MO 63143
(314) 781-9040

**Kyhl Company LLC**
CBU Member - Commercial
13160 Taussing Avenue
Bridgeton, MO 63044
(314) 291-4300

**L & S Plumbing Company, Inc.**
CBU Member - Commercial
P.O. Box 1566
Maryland Heights, MO 63043
(314) 739-3600

**L. Grasse & Associates**
CBU Member - Commercial
1940 South Kingshighway
St. Louis, MO 63110-3124
(314) 771-3244

**Legacy Plumbing**
CBU Member - Commercial
29 Lone Star Court
O'Fallon, MO 63366
(636) 978-0120

**Lemay Plumbing, Inc.**
CBU Member - Commercial & Residential
945 Lemay Ferry Road
St. Louis, MO 63125
(314) 544-1066

Case: 4:10-cv-01747-SNLJ  Doc. #: 6-4  Filed: 12/29/10  Page: 30 of 45  PageID #: 193



**Linek Plumbing Co.**
CBU Member - Commercial & Residential
24 Kirkham Industrial Court
Webster Groves, MO 63119
(314) 962-0956

**M/R Associates**
Affiliate Member - Manufacturer's Rep
2718 S. Brentwood Blvd.
St. Louis, MO 63144
(314) 962-8960

**Maax Bath**
Affiliate Member - Manufacturer's Rep
1646 Tina Terrace Drive
St. Louis, MO 63146
314-434-2678

**Mack McClain & Associates**
Affiliate Member - Manufacturer's Rep
4407 Meramec Bottom Road, Ste. G
St. Louis, MO 63129
(314) 894-8188

**Marshall Contracting LLC**
PIC Contributing Contractors - Commercial & Residential
8301 Vulcan Street
St. Louis, MO 63111

Case: 4:10-cv-01747-SNLJ   Doc. #: 6-4   Filed: 12/29/10   Page: 31 of 45 PageID #: 104

(314) 638-1166



**Matco Plumbing, Inc**
CBU Member - Commercial & Residential
374 Fee Fee Road
Maryland Heights, MO 63043
(314) 239-7875

**Mayo Plumbing Co., Inc.**
PIC Contributing Contractors - Commercial & Residential
4425 South Fork Road
High Ridge, MO 63049
(636) 677-0608

**MB Mitchell, LLC**
CBU Member - Commercial
601 Fountain Lakes Blvd.
St. Charles, MO 63301
(636) 916-0682

**McQueeny-Lock Company**
Affiliate Member - Supplier
155 Weldon Parkway Suite 118
Maryland Heights, MO 63043
(314) 569-3025

**MCX Plumbing, Inc.**
PIC Contributing Contractors - Residential

Case: 4:10-cv-01747-SNLJ Doc. #: 6-4 Filed: 12/29/10 Page: 32 of 45 PageID #: 1059

#3 Otis Henry Court
St. Charles, MO 63303
(314) 713-3977

**M**
**P**

**Merlo Plumbing Co., Inc.**
CBU Member - Commercial & Residential
11041 Gravois Industrial Court
St. Louis, MO 63128
(314) 843-1000

**Meyers Plumbing Services**
PIC Contributing Contractors - Residential
1721 Ford Lane
St. Charles, MO 63303
(618) 443-4900

**Michael Malinee, Inc.**
CBU Member - Residential
131 Hastings Way
St. Charles, MO 63301
(314) 429-0274

**Milford Supply Company**
Affiliate Member - Supplier
Mailing: P.O. Box 6970
St. Louis, MO 63123
(636) 343-5900

**Milford Supply Company (Location #2)**
Affiliate Member - Supplier
10943 Lin-Valle Drive
St. Louis, MO 63123
(314) 894-1991

**Milford Supply Company (Location #3)**
Affiliate Member - Supplier
1356 Charlestowne Ind.
St. Charles, MO 63303
(636) 949-0097

**Milligan Group**
PIC Contributing Contractors - Residential
500 Talcott Avenue
St. Louis, MO 63147
(314) 241-9225

**Miracle Supply Company, Inc.**
Affiliate Member - Supplier
1580 North & South Rd.
St. Louis, MO 63130
(314) 426-4455



**Mission Sales & Marketing**
Affiliate Member - Manufacturer's Rep
1683 Larkin Williams Rd
Fenton, MO 63026
(636) 349-5199

**Missouri Plumbing Services, LLC**

Case: 4:10-cv-01747-SNLJ  Doc. #: 6-4   Filed: 12/29/10   Page: 34 of 45 PageID #: 107

CBU Member - Residential
10031 Crestwood Drive
St. Louis, MO 63126
(314) 393-1484

**MOEN, Inc.**
Affiliate Member - Manufacturer's Rep
663 Timber Creek Trail
O'Fallon, MO 63368
(636) 628-0536

**Moncey Plumbing Co.**
CBU Member - Commercial
13360 Old Halls Ferry Road
St. Louis, MO 63033
(314) 355-5558

**Murphy Company**
CBU Member - Commercial
1233 North Price Road
St. Louis, MO 63132
(314) 997-6600

**National Sales Company**
Affiliate Member - Supplier
4201 Duncan Ave
St. Louis, MO 63110
314-531-3200

**Neubert, RJ Plumbing LLC**
PIC Contributing Contractors - Residential

9420 Watson Industrial Park
St. Louis, MO 63126
(314) 849-5190

**Niederer Trenching, Inc.**
Affiliate Member - Supplier
2363 Bastean Road
Wentzville, MO 63385-2205
Cell: (314) 267-4165

**Nolan Plumbing Contractors, Inc.**
CBU Member - Commercial & Residential
173 Rockaway Drive
O'Fallon, MO 63368-8006
(314) 280-7373 Cell:

O.J. LAUGHLIN
PLUMBING COMPANY
*Inc.*

**O.J. Laughlin Plumbing Co., Inc.**
CBU Member - Commercial & Residential
306 St. Louis Avenue
Valley Park, MO 63088
(636) 225-0992

**Omega Plumbing Co.**
CBU Member - Commercial & Residential
4132 Shoreline Dr., Ste. E
Earth City, MO 63045
(314) 291-2003

**O'Shea Plumbing, Inc.**
PIC Contributing Contractors - Residential
13 Ravens Point Dr.

Case: 4:10-cv-01747-SNLJ Doc. #: 6-4 Filed: 12/29/10 Page: 36 of 45 PageID #: 109

Lake St. Louis, MO 63367
(636) 561-4897

**Parkway Construction Services, Inc.**
CBU Member - Commercial
300 Parkway Ind. Drive, Ste. 120
Lake St. Louis, MO 63367
(636) 561-5730

**Petz Contracting**
PIC Contributing Contractors - Residential
P.O. Box 305
O'Fallon, AL 63366
(636) 240-7380

**Phil L. Miller Plumbing & Heating Company**
CBU Member - Commercial & Residential
3831 Vaile Venue #40
Florissant, MO 63034
(314) 837-3351



**Plumbers Supply**
Affiliate Member - Supplier
12012 Manchester Road
St. Louis, MO 63131
(314) 984-0440

**Plumbing Engineers, Inc.**
PIC Contributing Contractors - Residential

8825 Ivy Avenue
Affton, MO 63123
(314) 631-9721

**Plumbing Planning Corp.**
CBU Member - Commercial
16743 Clayton Road
Wildwood, MO 63011
(314) 739-0057

**Pulsifer Plumbing, Inc.**
CBU Member - Commercial & Residential
835 S. Highway 47
Union, MO 63084
(636) 584-8686

**R.A. Guinner Plumbing**
CBU Member - Commercial & Residential
7244 Gravois
St. Louis, MO 63116
(314) 752-9850

**R.J. Wachter Plumbing**
CBU Member - Commercial & Residential
11433 Concord Village
St. Louis, MO 63123
(314) 729-7777

**Raider Mechanical**
CBU Member - Commercial & Residential
1007 Hawthorne, Ste. C
DesLoge, MO 63601
(573) 518-1444

**Ranken Technical College**
Affiliate Member - Supplier
4431 Finney Avenue
St. Louis, MO 63113
(314) 286-4851

**Red's Plumbing,Inc.**
CBU Member - Residential
201-A East Fifth Street
Washington, MO 63090
(636) 239-2161


Rock Hill Mechanical
Corporation

**Rock Hill Mechanical**
CBU Member - Commercial
524 Clark Avenue
Kirkwood, MO 63122
(314) 966-0600

**Roy Cox Plumbing Co.**
CBU Member - Commercial & Residential
119 South Main Street
St. Charles, MO 63301
(636) 946-6448

**S & M Plumbing Co.**
PIC Contributing Contractors - Residential
4372 Contessi Manor Ct.
St. Louis, MO 63126
(314) 845-7586

**Sauder Plumbing Co.**
CBU Member - Commercial
P.O. Box 510407
St. Louis, MO 63151
(314) 894-7030

**Scales Plumbing Co., LLC**
PIC Contributing Contractors - Residential
4027 Connecticut St., 2W
St. Louis, MO 63116
(314) 771-6464

**Serenity Plumbing Co., LLC**
PIC Contributing Contractors - Residential
4120 Seven Hills
Florissant, MO 63033
(314) 831-1999

**Sherman & Sons Plumbing Co.**
PIC Contributing Contractors - Residential
1479 Hwy W
Foristel, MO 63348
(636) 332-9207

Case 4:10-cv-01747-SNLJ   Doc. #: 6-4   Filed: 12/29/10   Page: 40 of 45 PageID #: 139

**Sidney Insulation, Inc.**
Affiliate Member - Supplier
P.O. Box 3437
St. Louis, MO 63143
(314) 781-6900

**Skouby Brothers Plumbing, Inc.**
PIC Contributing Contractors - Residential
1320-C West Fifth Street
Washington, MO 63090
(636) 390-2500

**Spartan Tool**
Affiliate Member - Manufacturer's Rep
1506 W. Division St.
Mendota, IL 61342
815-915-7988

**Spasnick Plumbing, Inc.**
CBU Member - Commercial & Residential
4750 Virginia Avenue
St. Louis, MO 63111
(314) 353-5955

**Stan-Key Plumbing Services**
CBU Member - Commercial & Residential
2763 Tiara

Case 4:10-cv-01747-SNLJ Doc. # 6-4 Filed: 12/29/10 Page: 41 of 45 PageID #: 149

Arnold, MO 63010
(636) 296-0064

**Sullivan Plumbing Co.**
PIC Contributing Contractors - Residential
476 Timber Ridge Loop
, MO 63080
(573) 927-2544



**Sutter Plumbing Co., Inc.**
CBU Member - Commercial & Residential
2436 Woodson Road
Overland, MO 63114
(314) 427-0020

**Talley Plumbing**
CBU Member - Residential
90 Lac Terre
Saint Charles, MO 63304
314-791-1947

**Tom Johnson Construction**
PIC Contributing Contractors - Residential
100 Midland Park Drive
O'Fallon, MO 63366
(636) 887-4120

**Torrisi Plumbing Services**
CBU Member - Commercial & Residential
6985 Chippewa St.

Case: 4:10-cv-01747-SNLJ Doc. #: 6-4 Filed: 12/29/10 Page: 42 of 45 PageID #: 155

St. Louis, MO 63109
(314) 776-5866

**Trio Plumbing**
CBU Member - Commercial & Residential
2138 Hunters Way Ct.
Chesterfield, MO 63017
(636) 537-4938 Cell:

**Trojahn Plumbing Systems**
CBU Member - Commercial
1601 Sublette Avenue
St. Louis, MO 63110-1924
(314) 333-3363 Cell&

**Vandevanter Engineering**
Affiliate Member - Supplier
1617 Manufacturers Drive
Fenton, MO 63026-2838
(636) 343-8880



**W.T. Leonard & Associates**
Affiliate Member - Manufacturer's Rep
240 Chesterfield Industrial Blvd.
Chesterfield, MO 63005
(636) 530-9852

**Wayne's Plumbing, Inc.**
PIC Contributing Contractors - Residential
75 Saybridge Manor Parkway

Case 4:10-cv-01747-SNLJ Doc. #: 6-4 Filed: 12/29/10 Page: 43 of 45 PageID #: 139

Lake St. Louis, MO 63367
(636) 561-1499

**Westport Pools**
PIC Contributing Contractors - Commercial & Residential
158 B Weldon Parkway
Maryland Heights, MO 63043
(314) 432-1801

**Whittaker Builders**
PIC Contributing Contractors - Commercial
3333-4 Rue Royale
St. Charles, MO 63301
(636) 940-1058



**Wholesale Plumbing Supply Company, Inc.**
Affiliate Member - Supplier
2080 Exchange Drive
St. Charles, MO 63303
(636) 916-4430

**Winkeler Plumbing Systems-WPS LLC**
PIC Contributing Contractors - Commercial & Residential
9610 Antonette Hills Drive
St. Louis, MO 63123
(314) 752-7500

**Witzl Plumbing, Inc**
PIC Contributing Contractors - Commercial & Residential
2981 Bridle Spur LN

St. Charles, MO 63303
(636) 928-2994



**Wm. G. Cocos Co., Inc.**
CBU Member - Commercial & Residential
P.O. Box 25027
St. Louis, MO 63125
(314) 631-2688

**Wm. Mahn Plumbing**
PIC Contributing Contractors - Residential
400 A West Lueking Dr.
DeSoto, MO 63020
(636) 586-5418

**Wofford Brothers Plumbing**
PIC Contributing Contractors - Residential
121 W. Wabash
O'Fallon, MO 63366
(636) 240-2156

**Woodard Cleaning & Restoration**
Affiliate Member - Supplier
2600 Creve Coeur Drive
St. Louis, MO 63144
(314) 961-9102

**Plumbing Industry Council**

"The Mission of the Plumbing Industry Council is to be the leading representative for the plumbing industry by providing unquestionable leadership in labor relations, education, political and regulatory action and industry promotion."

Join the Plumbing Industry Council Now!

Case 4:10-cv-01747-SNLJ Doc. # 6-4 Filed: 12/29/10 Page: 45 of 45 PageID #: 139

View the
2009 Care and Repair Booklet

© 2010 Plumbing Industry Council

about us | event calendar | products | event/seminar registration | membership | contact us | home