**IMPORTANT: Set of sheets (3) must be removed from pad to fill in reports. (No Carbon Required)**

White Copy: Welfare Office - Yellow Copy: Retained by Employer - Short Form White Copy: Mechanical Contractors Assn. of St. Louis

## PLUMBERS' AND PIPEFITTERS' WELFARE EDUCATIONAL FUND & PENSION FUND
### AND
## PLUMBERS' AND PIPEFITTERS' LOCAL 562

12385 Larimore Road   ®———94   St. Louis, Missouri 63138
(Telephone No. 355-1000)

| ALL CATEGORIES EXCEPT APPRENTICES AND METAL TRADES REPORT |
|---|

Employer Name  *Accurate Backflow*   Address _____   Phone No. _____

EMP. I. D. No. _____   Week Ending  *April 2010*   Report Compiled By _____

### SUMMARY SHEET AND REMITTANCE ADVICE

CONTRIBUTIONS TO THE PLUMBERS' AND PIPEFITTERS' WELFARE EDUCATIONAL FUND & PENSION FUND MUST BE MADE FOR **ALL JOURNEYMEN AND APPRENTICES**, WHETHER THEIR NAMES APPEAR ON THE UNION CHECK-OFF LIST **OR NOT**.

The check-off on employees will apply only to Local 562 members who have signed authorization cards.

The employer shall submit Industry Fund contributions directly to the Mechanical Contractors Association or the Plumbing Industry Council.

## ALL CATEGORIES EXCEPT APPRENTICES & METAL TRADES

CHECKS PAYABLE TO: Mechanical Contractors Association of St. Louis or Plumbing Industry Council.

*10/19/10*

Check number _____

|  | MCA | PIC |
|---|---|---|
| Total hours worked | _____ | _____ |
| Contribution rate | _____ | _____ |
| Amount of check | _____ | _____ |

W  2092.32
S -  338.40
P-  655.20

*6/1/10*

CHECKS PAYABLE TO: Plumbers' & Pipefitters' Welfare Educational Fund, Supplemental Pension Fund & Pension Fund.

Check number _____

|  | STRAIGHT TIME | TH HOURS | DT HOURS | 2ND SHIFT | 3RD SHIFT | TOTAL |
|---|---|---|---|---|---|---|
| HOURS WORKED | 144 | | | | | 144 |
| CONTRIBUTION RATE | 21.43 | | | | | |
| AMOUNT | $3,085.92 | | | | | ~~$3,085.92~~ |

Plumbers' and Pipefitters' Local 562

Check number  *3120*
Total assessments  *208.08*
Total dues  *20.00*
Amount of check  *228.08*
Total number of men  *1*

short $3085.92
no ck.

RECEIVED OCT 13 2010

473

EXHIBIT 4

**IPORTANT: Set of sheets (3) must be removed from pad to fill in reports. (No Carbon Required)**

White Copy: Welfare Office - Yellow Copy: Retained by Employer - Short Form White Copy: Mechanical Contractors Assn. of St. Louis

**PLUMBERS' AND PIPEFITTERS' WELFARE EDUCATIONAL FUND & PENSION FUND**
**AND**
## PLUMBERS' AND PIPEFITTERS' LOCAL 562

| ALL CATEGORIES |
| EXCEPT APPRENTICES AND |
| METAL TRADES REPORT |

12385 Larimore Road                                      St. Louis, Missouri 63138
®══94                                                           (Telephone No. 355-1000)

Employer Name _ACCURAte BackFlow_ Address _____ Phone No. _____

EMP. I. D. No. _____ Week Ending _May 2010_ Report Compiled By _____

### SUMMARY SHEET AND REMITTANCE ADVICE

CONTRIBUTIONS TO THE PLUMBERS' AND PIPEFITTERS' WELFARE EDUCATIONAL FUND & PENSION FUND MUST BE MADE FOR **ALL** JOURNEYMEN AND APPRENTICES, WHETHER THEIR NAMES APPEAR ON THE UNION CHECK-OFF LIST **OR NOT.**

The check-off on employees will apply only to Local 562 members who have signed authorization cards.

The employer shall submit Industry Fund contributions directly to the Mechanical Contractors Association or the Plumbing Industry Council.

## ALL CATEGORIES EXCEPT APPRENTICES & METAL TRADES

10/19/10                                                                                           01/10

CHECKS PAYABLE TO: Mechanical Contractors Association of St. Louis or Plumbing Industry Council.

Check number _____

|  | MCA | PIC |  |
|---|---|---|---|
| Total hours worked | | | W - 1976.08 |
| Contribution rate | | | S - 319.60 |
| Amount of check | | | P 618.80 |

CHECKS PAYABLE TO: Plumbers' & Pipefitters' Welfare Educational Fund, Supplemental Pension Fund & Pension Fund.

Check number _____

|  | STRAIGHT TIME | TH HOURS | DT HOURS | 2ND SHIFT | 3RD SHIFT | TOTAL |
|---|---|---|---|---|---|---|
| HOURS WORKED | 136 | | | | | 136 |
| CONTRIBUTION RATE | 21.43 | | | | | |
| AMOUNT | $2,914.48 | | | | | $2,914.48 |

Short $2914.48
No ck.

Plumbers' and Pipefitters' Local 562

Check number _____ 7526
Total assessments _____ 196.52
Total dues _____ 20.00
Amount of check _____ $216.52
Total number of men _____ 1

RECEIVED OCT 18 2010

**IMPORTANT: Set of sheets (3) must be removed from pad to fill in reports. (No Carbon Required)**

White Copy: Welfare Office - Yellow Copy: Retained by Employer - Short Form White Copy: Mechanical Contractors Assn. of St. Louis

## PLUMBERS' AND PIPEFITTERS' WELFARE EDUCATIONAL FUND & PENSION FUND
## AND
## PLUMBERS' AND PIPEFITTERS' LOCAL 562

12385 Larimore Road

| ALL CATEGORIES |
| EXCEPT APPRENTICES AND |
| METAL TRADES REPORT |

St. Louis, Missouri 63138

(Telephone No. 355-1000)

Employer Name: ACCURATE BACKFLOW  Address: _____  Phone No. _____

EMP. I. D. No. _____  Week Ending: JUNE 2010  Report Compiled By _____

### SUMMARY SHEET AND REMITTANCE ADVICE

CONTRIBUTIONS TO THE PLUMBERS' AND PIPEFITTERS' WELFARE EDUCATIONAL FUND & PENSION FUND MUST BE MADE FOR ALL JOURNEYMEN AND APPRENTICES, WHETHER THEIR NAMES APPEAR ON THE UNION CHECK-OFF LIST **OR NOT**.

The check-off on employees will apply only to Local 562 members who have signed authorization cards.

The employer shall submit Industry Fund contributions directly to the Mechanical Contractors Association or the Plumbing Industry Council.

## ALL CATEGORIES EXCEPT APPRENTICES & METAL TRADES

CHECKS PAYABLE TO: Mechanical Contractors Association of St. Louis or Plumbing Industry Council.

10/19/10

Check number _____

|  | MCA | PIC |
|---|---|---|
| Total hours worked | | |
| Contribution rate | | |
| Amount of check | | |

W — 2731.64
S — 441.80
P — 855.40

0/11/11

CHECKS PAYABLE TO: Plumbers' & Pipefitters' Welfare Educational Fund, Supplemental Pension Fund & Pension Fund.

Check number _____

| | STRAIGHT TIME | TH HOURS | DT HOURS | 2ND SHIFT | 3RD SHIFT | TOTAL |
|---|---|---|---|---|---|---|
| HOURS WORKED | 188 | | | | | 188 |
| CONTRIBUTION RATE | 21.43 | | | | | |
| AMOUNT | $4,028.84 | — | — | — | — | $4,028.84 |

Short $4028.84
No check

Plumbers' and Pipefitters' Local 562

Check number: 7526
Total assessments: 271.66
Total dues: 20.00
Amount of check: 291.66
Total number of men: 1

RECEIVED OCT 13 2010

**IMPORTANT:** Set of sheets (3) must be removed from pad to fill in reports. (No Carbon Required)

White Copy: Welfare Office  -  Yellow Copy: Retained by Employer  -  Short Form White Copy: Mechanical Contractors Assn. of St. Louis

PLUMBERS' AND PIPEFITTERS' WELFARE EDUCATIONAL FUND & PENSION FUND
AND
PLUMBERS' AND PIPEFITTERS' LOCAL 562

12385 Larimore Road

St. Louis, Missouri 63138

(Telephone No. 355-1000)

| ALL CATEGORIES EXCEPT APPRENTICES AND METAL TRADES REPORT |

Employer Name __Accurate Backflow__ Address __3853 S. Broadway__ Phone No. __772-9460__

EMP. I. D. No. __73-1713594__ Week Ending __month of July 2010__ Report Compiled By __Eri Hikinotto__

## SUMMARY SHEET AND REMITTANCE ADVICE

CONTRIBUTIONS TO THE PLUMBERS' AND PIPEFITTERS' WELFARE EDUCATIONAL FUND & PENSION FUND MUST BE MADE FOR **ALL** JOURNEYMEN AND APPRENTICES, WHETHER THEIR NAMES APPEAR ON THE UNION CHECK-OFF LIST **OR NOT.**

The check-off on employees will apply only to Local 562 members who have signed authorization cards.

The employer shall submit Industry Fund contributions directly to the Mechanical Contractors Association or the Plumbing Industry Council.

## ALL CATEGORIES EXCEPT APPRENTICES & METAL TRADES

CHECKS PAYABLE TO: Mechanical Contractors Association of St. Louis or Plumbing Industry Council.

Check number _____

|  | MCA | PIC |
|---|---|---|
| Total hours worked | | |
| Contribution rate | | |
| Amount of check | | |

W — 266.68   01/10
S — 366.60
P — 709.80

CHECKS PAYABLE TO: Plumbers' & Pipefitters' Welfare Educational Fund, Supplemental Pension Fund & Pension Fund.

Check number _____

| | STRAIGHT TIME | TH HOURS | DT HOURS | 2ND SHIFT | 3RD SHIFT | TOTAL |
|---|---|---|---|---|---|---|
| HOURS WORKED | 156 | | | | | 156 |
| CONTRIBUTION RATE | 21.43 | | | | | |
| AMOUNT | 3,343.08 | | | | | $3,343.08 |

Plumbers' and Pipefitters' Local 562

Check number __7526__
Total assessments __225.42__
Total dues __20.00__
Amount of check __245.42__
Total number of men __1__

short $3,343.08
no ck

RECEIVED OCT 13 2010

**IMPORTANT:** Set of sheets (3) must be removed from pad to fill in reports. (No Carbon Required)

White Copy: Welfare Office - Yellow Copy: Retained by Employer - Short Form White Copy: Mechanical Contractors Assn. of St. Louis

**PLUMBERS' AND PIPEFITTERS' WELFARE EDUCATIONAL FUND & PENSION FUND**
**AND**
**PLUMBERS' AND PIPEFITTERS' LOCAL 562**

| ALL CATEGORIES EXCEPT APPRENTICES AND METAL TRADES REPORT |
|---|

12385 Larimore Road                                   St. Louis, Missouri 63138
                                                      (Telephone No. 355-1000)

Employer Name __Accurate Pipefline__ Address __3853 S. Bunding__ Phone No. __772-9900__
EMP. I.D. No. __73-1713594__ Week Ending __Monthly Aug 2010__ Report Compiled By __Ed Whentjes__

### SUMMARY SHEET AND REMITTANCE ADVICE

CONTRIBUTIONS TO THE PLUMBERS' AND PIPEFITTERS' WELFARE EDUCATIONAL FUND & PENSION FUND MUST BE MADE FOR **ALL** JOURNEYMEN AND APPRENTICES, WHETHER THEIR NAMES APPEAR ON THE UNION CHECK-OFF LIST **OR NOT.**

The check-off on employees will apply only to Local 562 members who have signed authorization cards.

The employer shall submit Industry Fund contributions directly to the Mechanical Contractors Association or the Plumbing Industry Council.

## ALL CATEGORIES EXCEPT APPRENTICES & METAL TRADES

CHECKS PAYABLE TO: Mechanical Contractors Association of St. Louis or Plumbing Industry Council.

10/19/10

|  | MCA | PIC |
|---|---|---|
| Check number |  |  |
| Total hours worked |  |  |
| Contribution rate |  |  |
| Amount of check |  |  |

W — 1976.08   0/1/10
S — 319.60
P — 618.80

CHECKS PAYABLE TO: Plumbers' & Pipefitters' Welfare Educational Fund, Supplemental Pension Fund & Pension Fund.

Check number __3121__

|  | STRAIGHT TIME | TH HOURS | DT HOURS | 2ND SHIFT | 3RD SHIFT | TOTAL |
|---|---|---|---|---|---|---|
| HOURS WORKED | 136 |  |  |  |  | 136 |
| CONTRIBUTION RATE | 21.43 |  |  |  |  |  |
| AMOUNT | 2,914.48 |  |  |  |  | $2,914.48 |

Short $2914.48

Plumbers' and Pipefitters' Local 562

Check number __3120__
Total assessments __196.52__
Total dues __20.00__
Amount of check __216.52__
Total number of men __1__

473

RECEIVED OCT 13 2010

**IMPORTANT: Set of sheets (3) must be removed from pad to fill in reports. (No Carbon Required)**

White Copy: Welfare Office - Yellow Copy: Retained by Employer - Short Form White Copy: Mechanical Contractors Assn. of St. Louis

| PLUMBERS' AND PIPEFITTERS' WELFARE EDUCATIONAL FUND & PENSION FUND AND PLUMBERS' AND PIPEFITTERS' LOCAL 562 | ALL CATEGORIES EXCEPT APPRENTICES AND METAL TRADES REPORT |

12385 Larimore Road         ®━━94         St. Louis, Missouri 63138
(Telephone No. 355-1000)

Employer Name _ACCURATE BackFlow_   Address _____   Phone No. _____

EMP. I. D. No. _____   Week Ending _Sept 2010_   Report Compiled By _____

## SUMMARY SHEET AND REMITTANCE ADVICE

CONTRIBUTIONS TO THE PLUMBERS' AND PIPEFITTERS' WELFARE EDUCATIONAL FUND & PENSION FUND MUST BE MADE FOR **ALL** JOURNEYMEN AND APPRENTICES, WHETHER THEIR NAMES APPEAR ON THE UNION CHECK-OFF LIST **OR NOT.**

The check-off on employees will apply only to Local 562 members who have signed authorization cards.

The employer shall submit Industry Fund contributions directly to the Mechanical Contractors Association or the Plumbing Industry Council.

## ALL CATEGORIES EXCEPT APPRENTICES & METAL TRADES

CHECKS PAYABLE TO: Mechanical Contractors Association of St. Louis or Plumbing Industry Council.

10/19/10

Check number _____

|  | MCA | PIC |
|---|---|---|
| Total hours worked |  |  |
| Contribution rate |  |  |
| Amount of check |  |  |

W – 1976.08
S – 319.60
P – 618.80

6/1/10

CHECKS PAYABLE TO: Plumbers' & Pipefitters' Welfare Educational Fund, Supplemental Pension Fund & Pension Fund.

Check number _____

| | STRAIGHT TIME | TH HOURS | DT HOURS | 2ND SHIFT | 3RD SHIFT | TOTAL |
|---|---|---|---|---|---|---|
| HOURS WORKED | 136 | | | | | 136 |
| CONTRIBUTION RATE | 21.43 | | | | | |
| AMOUNT | 2914.48 | | | | | $2,914.48 |

Short $ 2914.48

Plumbers' and Pipefitters' Local 562

Check number _75266_
Total assessments _196.52_
Total dues _20.00_
Amount of check _216.52_
Total number of men _1_

4/3

RECEIVED OCT 1 3 2010

**IMPORTANT: Set of sheets (3) must be removed from pad to fill in reports. (No Carbon Required)**

White Copy: Welfare Office - Yellow Copy: Retained by Employer - Short Form White Copy: Mechanical Contractors Assn. of St. Louis

PLUMBERS' AND PIPEFITTERS' WELFARE EDUCATIONAL FUND & PENSION FUND
AND
PLUMBERS' AND PIPEFITTERS' LOCAL 562

12385 Larimore Road

St. Louis, Missouri 63138
(Telephone No. 355-1000)

ALL CATEGORIES
EXCEPT APPRENTICES AND
METAL TRADES REPORT

Employer Name: Accurate Backflow   Address: 3853 S. Broadway   Phone No. 772-9400
EMP. I. D. No. 73-1713594   Week Ending: month of Oct 2010   Report Compiled By: Erin Heberstin

## SUMMARY SHEET AND REMITTANCE ADVICE

CONTRIBUTIONS TO THE PLUMBERS' AND PIPEFITTERS' WELFARE EDUCATIONAL FUND & PENSION FUND MUST BE MADE FOR ALL JOURNEYMEN AND APPRENTICES, WHETHER THEIR NAMES APPEAR ON THE UNION CHECK-OFF LIST OR NOT.

The check-off on employees will apply only to Local 562 members who have signed authorization cards.

The employer shall submit Industry Fund contributions directly to the Mechanical Contractors Association or the Plumbing Industry Council.

## ALL CATEGORIES EXCEPT APPRENTICES & METAL TRADES

CHECKS PAYABLE TO: Mechanical Contractors Association of St. Louis or Plumbing Industry Council.

Check number _____

|  | MCA | PIC |
|---|---|---|
| Total hours worked |  | 172 |
| Contribution rate |  | 37 |
| Amount of check |  | $63.64 |

11/30/10   W   01/1/10
S
P

CHECKS PAYABLE TO: Plumbers' & Pipefitters' Welfare Educational Fund, Supplemental Pension Fund & Pension Fund.

Check number _____

|  | STRAIGHT TIME | TH HOURS | DT HOURS | 2ND SHIFT | 3RD SHIFT | TOTAL |
|---|---|---|---|---|---|---|
| HOURS WORKED | 172 |  |  |  |  |  |
| CONTRIBUTION RATE | 21.43 |  |  |  |  |  |
| AMOUNT | $3,685.96 | — | — | — | — | $3,685.96 |

Plumbers' and Pipefitters' Local 562

Check number _____
Total assessments   $248.54 ✓
Total dues           $20.00
Amount of check     $268.54
Total number of men   1

short $3685.96

no check

268.54 short

RECEIVED NOV 29 2010

173