| | | Plumbers and Pipefitters Welfare Educational Fund | | |
|---|---|---|---|---|
| | | Plumbers and Pipefitters Pension Fund and Plumbers and Pipefitters Supplemental Pension Fund | | |
| | | Delinquent Fringe Benefit Contributions | | |
| ACCURATE BACKFLOW SYSTEMS | | | | |
| March-10 | 4/15/2010 | $ -4,028.84 | | |
| | 10/13/10 | 3121 | (1500.00) | |
| April-10 | 5/15/2010 | $ 3,085.92 | 7 | 280 | $ 432.03 |
| May-10 | 6/15/2010 | $ 2,914.48 | 6 | 240 | $ 349.74 |
| June-10 | 7/15/2010 | $ 4,028.84 | 5 | 200 | $ 402.88 |
| July-10 | 8/15/2010 | $ 3,343.08 | 4 | 160 | $ 267.45 |
| August-10 | 9/15/2010 | $ 2,914.48 | 3 | 120 | $ 174.87 |
| September-10 | 10/15/2010 | $ 2,914.48 | 2 | 80 | $ 116.58 |
| October-10 | 11/15/2010 | $ 3,685.96 | 1 | 40 | $ 73.72 |
| Totals | | $ 53,622.50 | $ (28,206.42) | $ 1,120.00 | $ 1,817.26 |
| Total amount owed | | $ 25,416.08 | | | |
| | Total Liqudated and Interest | $ 2,937.26 | | | |
| | Fringe and interest and liquidated | $ 28,353.34 | | | |

EXHIBIT 5