union

| ACCURATE BACKFLOW | | | |
|---|---|---|---|
| DATE | CHECK # | DATE PD | UNION DUE |
| Dec-08 | | | $165.86 |
| | 2532 | 3/6/2009 | -$165.86 |
| Jan-09 | | | 183.92 |
| | 2550 | 3/13/2009 | -183.92 |
| Oct-10 | | | 268.54 |
| TOTAL | | | $268.54 |

EXHIBIT 6