UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

PATRICK KELLETT, et al.,                    )
                                            )
        Plaintiffs/Judgment Creditors,      )
                                            )      Case No. 4:10CV1747-SNLJ
v.                                          )
                                            )      Return Date: November 16, 2011
ACCURATE BACKFLOW SYSTEMS,                  )
LLC,                                        )
                                            )
        Defendant/Judgment Debtor.          )

## NOTICE OF EXECUTION

Notice is hereby given that a Writ of Execution has been requested by Plaintiffs/Judgment Creditors Patrick Kellett, et al., for execution upon the assets of Defendant/Judgment Debtor ACCURATE BACKFLOW SYSTEMS, LLC, in the sum of $27,474.38 as and for the principal balance unsatisfied on the judgment rendered pursuant to the Judgment entered by the Court on January 4, 2011.

Summons to garnishee is to be returnable November 16, 2011 and summons to issue to:

REGIONS BANK
Serve: Agent Authorized to Accept Service
7205 Watson Road
St. Louis, Missouri  63119-4401

Dated:  October 10, 2011                    Respectfully submitted,

                                            HAMMOND AND SHINNERS, P.C.
                                            7730 Carondelet, Suite 200
                                            St. Louis, Missouri 63105
                                            Phone: (314) 727-1015
                                            Fax:   (314) 727-6804

                                            /s/ Greg A. Campbell
                                            GREG A. CAMPBELL  #35381MO

                                            Attorney for Plaintiffs/Judgment Creditors